**DENIED; and Opinion Filed March 25, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00268-CV

## IN RE CHARLES ANTHONY ALLEN SR., Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## MEMORANDUM OPINION

Before Justices Bridges, Stoddart, and Whitehill
Opinion by Justice Stoddart

Before the Court is relator's petition for writ of mandamus in which he requests the Court to order the trial court to rule on certain pending motions. Mandamus is appropriate in a criminal case if the relator shows that he has no other adequate legal remedy and the act sought to be compelled is purely ministerial. *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.,* 67 S.W.3d 177, 180–81 (Tex. Crim. App.2001) (orig. proceeding); *In re Watkins,* 315 S.W.3d 907, 908 (Tex. App.–Dallas 2010, orig. proceeding). On the record before the Court, we cannot conclude relator is entitled to relief. We deny the petition.

150268F.P05

/ Craig Stoddart/
CRAIG STODDART
JUSTICE